John J. Kane (SBN 24066794)  
Kyle Woodard (SBN 24102661)  
JaKayla J. DaBera (SBN 24129114)  
**KANE RUSSELL COLEMAN LOGAN PC**  
901 Main Street, Suite 5200  
Dallas, Texas 75202  
Telephone: (214) 777-4200  
Email: jkane@krcl.com  
Email: kwoodard@krcl.com  
Email: jdabera@krcl.com  

Mark C. Taylor (SBN 19713225)  
Casey Roy (SBN 00791578)  
**KANE RUSSELL COLEMAN LOGAN PC**  
401 Congress Ave., Suite 2100  
Austin, Texas 78701  
Telephone: (512) 487-6650  
Email: mtaylor@krcl.com  
Email: croy@krcl.com  

**COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| BUDDY MAC HOLDINGS, LLC, *et al.*, | § | Case No. 25-34839 |
|  | § |  |
| Debtors.[1] | § | (Jointly Administered) |
|  | § |  |

## NOTICE OF BIDS RECEIVED IN CONNECTION WITH DEBTORS' PROPOSED SALE OF ALL OR SUBSTANTIALLY ALL ASSETS

[Re: ECF No. 229]

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The above-captioned debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court").

2. On February 4, 2026, the Court entered an *Order (I) Authorizing and Approving (A) Bidding Procedures and (B) Form and Manner of Notice of Bidding Procedures, Auction, and Sale Hearing; (II) Scheduling an Auction and Sale Hearing; and (III) Granting Related Relief* [ECF #229] (the "Bid Procedures Order, and the bidding procedures attached thereto as Exhibit 1, the "Bid Procedures")[2] in connection with a sale of all or substantially all of the Debtors' assets. Among other things, the Bid Procedures Order (a) established a Bid Deadline of **February 13,**

---

[1] A complete list of the Debtors in these chapter 11 cases is available at https://dm.epiq11.com/case/buddyshome/info. The Debtors' service address is 400 E. Centre Park Blvd., Suite 101, DeSoto, Texas 75115.

[2] Capitalized terms not otherwise defined herein have the meanings provided in the Bid Procedures.

**2026, at 5:00 p.m. CT**; (b) scheduled an Auction on **February 17, 2026, at 10:00 a.m. CT**; and (c) scheduled a hearing on **February 19, 2026, at 9:30 a.m. CT** (the "Sale Hearing") to consider final approval of the proposed sale. The Bid Procedures Order also approved the Stalking Horse Bid of Phonix RBS LLC ("Phonix") on the terms set forth in the Asset Purchase Agreement attached as Exhibit B to the Bid Procedures (the "Phonix APA").

3. Phonix's Stalking Horse Bid and the Bid of S.K.C. Enterprises, Inc. ("SKC") are the only Bids received prior to the Bid Deadline. Phonix no longer wishes to bid on the assets subject to SKC's Bid, and the assets subject to SKC's Bid will be removed from Phonix's Stalking Horse Bid. Accordingly, the Debtors cancelled the Auction [*see* ECF #299].

4. Attached hereto as **Exhibit A** is the Stalking Horse APA of Phonix [ECF #229, Ex. 1-B]. The Phonix APA identifies the Debtors' executory contracts and unexpired leases that may be assumed and assigned in connection with the proposed sale to Phonix.

5. Attached hereto as **Exhibit B** is a draft of SKC's Asset Purchase Agreement (the "SKC APA," and together with the Phonix APA, the "APAs"). The SKC APA identifies Debtors' executory contracts and unexpired leases of the Debtors that are to be assumed and assigned in connection with the proposed sale to SKC.

6. Pursuant to the Bid Procedures Order, any objections to the proposed sales to Phonix or SKC must be filed with Court and served upon the Notice Parties (as defined in the Bid Procedures Order) no later than **February 18, 2026, at 5:00 p.m. CT**, including, without limitation, objections by any counterparties to the Debtors' executory contracts or unexpired leases ("Counterparties") based on an asserted lack of adequate assurance of future performance under section 365 of the Bankruptcy Code ("Adequate Assurance Objections").

7. **The APAs remain subject to further revisions prior to the Sale Hearing**, but each APA identifies the Debtors' executory contracts and unexpired leases that are subject to potential assumption and assignment under section 365 of the Bankruptcy Code. Accordingly, the Debtors file this Notice, pursuant to and in accordance with the Bid Procedures Order, to, *inter alia*, provide notice to Counterparties of the potential assumption and assignment of contracts and leases under each APA for purposes of any Adequate Assurance Objections that may be raised by such Counterparties.

8. Parties may obtain copies of the Bid Procedures Order and other related pleadings or the Claims and Noticing Agent's website at https://dm.epiq11.com/case/buddyshome/dockets or via PACER.

DATED: February 17, 2026          Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Kyle Woodard*
John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

Mark C. Taylor (SBN 19713225)
Casey Roy (SBN 00791578)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com
Email: croy@krcl.com

**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 17, 2026, a true and correct copy of the foregoing Notice was filed with the Court and served (i) via the Court's CM/ECF system upon all parties registered to receive such electronic service in this bankruptcy case and (ii) via email and/or overnight mail to all lease and contract counterparties set forth on the attached **Exhibit C**.

                                                */s/ Kyle Woodard*
                                                Kyle Woodard