UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-34839 (mvl) |
| | § | |
| BUDDY MAC HOLDINGS, LLC. et al., | § | CHAPTER 11 |
| | § | |
| Debtors. [1] | § | (Jointly Administered) |
| | § | |

**WITNESS AND EXHIBIT LIST OF TIC CO-OWNERS**
**FOR HEARING SCHEDULED FOR FEBRUARY 26, 2026, AT 1:30 P.M. CT**

Property co-owners Ronald Berg; Joanne O. Heathe; Bohdan Klymkowych and Natalie O. Klymkowych, as Trustees or their Successors in Trust under the Natalie O. Klymkowych Trust Agreement dated August 9, 1994 and any amendments thereto; Family Trust of George M. Hjorth and Evlin D. Hjorth; and Darwin M. Bolsinger and Margie A. Bolsinger, Trustees of the Darwin M. Bolsinger and Margie A. Bolsinger Trust, Dated July 8, 2005 (collectively referred to as the "TIC Co-Owners") file this witness and exhibit list for the hearing scheduled on February 26, 2026, at 1:30 p.m., prevailing Central Time, before the Honorable Michelle V. Larson, United States Bankruptcy Judge, to consider the *Debtors' Emergency Motion For Entry Of Interim And Final Orders Authorizing The Debtors To Obtain Post-Petition Financing And Granting Related Relief* [Main Case ECF No. 173] and the *Debtors' Emergency Motion For Entry Of An Order (I) Authorizing (A) The Sale Of Substantially All Assets Free And Clear Of Liens, Claims, And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection Therewith; And (II) Granting Related Relief* [Main Case ECF No. 172]:

## WITNESSES

At the hearing, the TIC Co-Owners may call the following persons to testify as witnesses:

1. Ronald Berg
2. Joanne O. Heathe
3. Bohdan Klymkowych
4. Natalie O. Klymkowych
5. George M. Hjorth
6. Evlin D. Hjorth
7. Margie A. Bolsinger
8. William Ian MacDonald
9. Any witness identified or called by any other party or by the Court.
10. Any witness necessary to impeach the testimony of any witness called or designated by any other party.
11. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

## EXHIBITS

| EXH. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | **Secured Superpriority Debtor-in-Possession Loan Security Agreement and Guaranty Agreement dated January 27, 2026** [ECF No. 173-2, Exh. B] | | |
| 2 | **Asset Purchase Agreement dated January 26, 2026** [ECF No. 229, Exh. B (pp. 28 - 85)] | | |
| 3 | **Agreements Among Tenants in Common with Debtor SAM Plainview, LLC re Plainview, TX (Combined)** [ECF No. 309-1, Exh. A] | | |
| 4 | **Agreements Among Tenants in Common with Debtor MacDonald Capital Corporation re Seminole, OK (Combined)** [ECF No. 309-1, Exh. B] | | |
| 5 | **Agreements Among Tenants in Common with Debtor Buddy Mac Six RE, LLC re Gallup, NM (Combined)** [ECF No. 309-1, Exh. C] | | |
| 6 | **Agreements Among Tenants in Common with Debtor SAM Brownfield, LLC re Brownfield, TX (Combined)** [ECF No. 309-1, Exh. D] | | |

| | | | |
|---|---|---|---|
| 7 | **Bankruptcy Schedules re SAM Plainview, LLC**<br>(Case 26-30346 ECF No. 8, pp. 16-28) | | |
| 8 | **Bankruptcy Schedules re MacDonald Capital Corporation**<br>**(**Case 26-30344 ECF No. 8, pp. 15-28) | | |
| 9 | **Bankruptcy Schedules re Buddy Mac Six RE, LLC**<br>**(**Case 26-30329 ECF No. 8, pp. 15-28) | | |
| 10 | **Bankruptcy Schedules re SAM Brownfield, LLC**<br>(Case 26-30345 ECF No. 8) | | |
| | | | |
| | | | |

The TIC Co-Owners reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses. They reserve the right to supplement this list prior to the hearing.

Dated: February 25, 2026

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Telephone: (512) 476-9103
Facsimile: (512) 476-9253

By:    */s/ David N. Stern*
      Stephen W. Sather
      State Bar No. 17657520
      ssather@bn-lawyers.com
      David Neal Stern
      State Bar No. 24103634
      dstern@bn-lawyers.com

*Counsel for TIC Co-Owners*

## CERTIFICATE OF SERVICE

I certify that, on February 25, 2026, I will cause a copy of the foregoing to be filed with the Court's CM/ECF noticing system and thereby automatically uploaded to all parties registered to receive notice, and also to be served upon the following by electronic mail to the parties identified below at the listed email addresses:

| | |
|---|---|
| William Hotze<br>Nicholas Zugaro<br>Dominique A. Douglas<br>DYKEMA GOSSETT PLLC<br>5 Houston Center<br>1401 McKinney Street, Suite 1625<br>Houston, Texas 77010<br>whotze@dykema.com<br>nzugaro@dykema.com<br>ddouglas@dykema.com<br><br>Jeffrey R. Fine<br>DYKEMA GOSSETT PLLC<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201<br>jfine@dykema.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* | John J. Kane<br>Kyle Woodard<br>JaKayla J. DaBera<br>Joseph M. Coleman<br>KANE RUSSELL COLEMAN LOGAN PC<br>901 Main Street, Suite 5200<br>Dallas, TX 75202<br>jkane@krcl.com<br>kwoodard@krcl.com<br>jdabera@krcl.com<br>jcoleman@krcl.com<br><br>Mark C. Taylor<br>Casey Roy<br>KANE RUSSELL COLEMAN LOGAN PC<br>401 Congress Ave., Suite 2100<br>Austin, TX 78701<br>mtaylor@krcl.com<br>croy@krcl.com<br><br>*Counsel to the Debtors* |
| Meredyth A. Kippes<br>Erin Schmidt<br>OFFICE OF THE UNITED STATES TRUSTEE<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>meredyth.kippes@usdoj.gov<br>erin.schmidt2@usdoj.gov | Worthy Walker<br>Leah N. Duncan<br>SHACKELFORD, MCKINLEY & NORTON, LLP<br>9201 N. Central Expressway, Fourth Floor<br>Dallas, Texas 75231<br>mikemckinley@shackelford.law<br>wwalker@shackelford.law<br>lduncan@shackelford.law<br><br>*Counsel to SouthState Bank* |

                                                    */s/ David N. Stern*
                                                  David Neal Stern