| | |
|---|---|
| John J. Kane (SBN 24066794)<br>Kyle Woodard (SBN 24102661)<br>JaKayla J. DaBera (SBN 24129114)<br>**KANE RUSSELL COLEMAN LOGAN PC**<br>901 Main Street, Suite 5200<br>Dallas, Texas 75202<br>Telephone: (214) 777-4200<br>Email: jkane@krcl.com<br>Email: kwoodard@krcl.com<br>Email: jdabera@krcl.com | Mark C. Taylor (SBN 19713225)<br>Casey Roy (SBN 00791578)<br>**KANE RUSSELL COLEMAN LOGAN PC**<br>401 Congress Ave., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 487-6650<br>Email: mtaylor@krcl.com<br>Email: croy@krcl.com |

**COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUDDY MAC HOLDINGS, LLC, *et al.*, | § | Case No. 25-34839-mvl11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARINGS ON
FEBRUARY 26, 2026, AT 1:30 P.M.**

**[Re: ECF Nos. 172, 173, 229, and 320]**

Buddy Mac Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-referenced chapter 11 cases (collectively, the "Debtors"), hereby file this Witness & Exhibit List for the hearings scheduled on **Thursday, February 26, 2026, at 1:30 p.m.**, prevailing central time (the "Hearing"), before the Honorable Michelle V. Larson, United States Bankruptcy Judge, to consider the following matters:

- Continued Sale Hearing as to sale of TIC Properties pursuant to Debtors' Sale Motion [ECF #172] and the Bid Procedures Order [ECF #229]; and

---

[1] A complete list of the Debtors in these chapter 11 cases is available at https://dm.epiq11.com/case/buddyshome/info. The Debtors' service address is 400 E. Centre Park Blvd., Suite 101, DeSoto, Texas 75115.

- Debtors' Emergency Motion to Supplement Notice of DIP Financing Motion to TIC Interest Holders and for Supplemental Order Approving DIP Financing on a Final Basis [ECF #320]

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:[2]

1. Mark Shapiro.

2. Wm. Ian MacDonald.

3. Mike Piper.

4. Any witness called or designated by any other party.

5. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

6. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

## EXHIBITS

The Debtors may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Sale Motion [ECF #172] | | | |
| 2. | Sale Motion – Proposed Order [ECF #172-1] | | | |
| 3. | Bid Procedures Order [ECF #229] (excluding exhibits) | | | |
| 4. | Bid Procedures [ECF #229, Ex. 1] | | | |
| 5. | Final Sale Order – Phonix Credit Bid [ECF #343] | | | |
| 6. | DIP Motion [ECF #173] | | | |
| 7. | DIP Loan Agreement [ECF #173-2] | | | |
| 8. | DIP Motion – Proposed Order [ECF #173-3] | | | |

---

[2] The Debtors reserve the right to cross-examine any witness called by any other party.

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 9. | Final DIP Order [ECF #279] | | | |
| 10. | Transcript – February 10, 2026 Final DIP and 9019 Hearing | | | |
| 11. | Stipulation Extending Maturity Date on Dip Loan [ECF #344] | | | |
| 12. | Settlement Motion [ECF #174] | | | |
| 13. | Settlement Agreement [ECF #174-1] | | | |
| 14. | Order Granting Settlement Motion [ECF #280] | | | |
| 15. | Supplemental Declaration of Wm. Ian Macdonald in Support of the Debtors' Sale of Substantially All Assets [ECF #309] | | | |
| 16. | Plainview TIC - Berg (Ex. A-1) [ECF #309-1] | | | |
| 17. | Plainview TIC – Heath (Ex.A-2) [ECF #309-1] | | | |
| 18. | Plainview TIC – Hjorth (Ex. A-3 [ECF #309-1] | | | |
| 19. | Plainview TIC – Klymkowych (Ex. A-4) [ECF #309-1] | | | |
| 20. | Seminole TIC – Berg (Ex. B-1)[ECF #309-2] | | | |
| 21. | Seminole TIC – Heath (Ex. B-2) [ECF #309-2] | | | |
| 22. | Gallup TIC – Berg (Ex. C-1) [ECF #309-3] | | | |
| 23. | Gallup TIC – Heath (Ex C-2) [ECF #309-3] | | | |
| 24. | Brownfield TIC – Berg (Ex. D-1) [ECF #309-4] | | | |
| 25. | Brownfield TIC – Heath (Ex. D-2) [ECF #309-4] | | | |
| 26. | Tyler TIC – Berg (Ex. E-1) [ECF #309-5] | | | |
| 27. | Tyler TIC – Bolsinger (Ex. E-2) [ECF #309-5] | | | |
| 28. | Tyler TIC – Heath (Ex E-3) [ECF #309-5] | | | |
| 29. | Supplemental Declaration of Mark Shapiro in Support of Settlement with Phonix and MacDonald Parties [ECF #253] | | | |

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 30. | Supplemental Declaration of Mark Shapiro in Support of the Debtors' Sale and DIP Financing Motions and Motions for Emergency Hearing [ECF #175] | | | |
| 31. | Supplemental Declaration of Wm. Ian MacDonald in Support of the Subsequent Debtors' Chapter 11 Petitions [ECF #171] | | | |
| 32. | Notice of Bids Received in Connection with Debtors' Proposed Sale of Substantially All Assets [ECF #304] (excluding attachments) | | | |
| 33. | Third Amended Notice of Debtors' Executory Contracts and Unexpired Leases and Related Cure Costs [ECF #302] | | | |
| 34. | Debtors' Notice of Cancellation of Auction [ECF #299] | | | |
| 35. | Notice of Hearing on February 26, 2026 [ECF #339] | | | |
| 36. | Complete Certificate of Service re: Docket Nos. 174 and 191 (redacted version filed at ECF #205) | | | |
| 37. | Complete Certificate of Service re: Docket Nos. 229–230 and 233 (redacted version filed at ECF #247) | | | |
| 38. | Complete Certificate of Service re: Docket No. 37 (redacted version filed at ECF #76) | | | |
| 39. | Complete Certificate of Service re: Docket No. 282 (redacted version filed at ECF #313) | | | |
| 40. | Complete Certificate of Service re: Docket Nos. 172–175 and 179–180 (redacted version filed at ECF #220) | | | |
| 41. | Brownfield, TX Property – SouthState Bank Promissory Note | | | |
| 42. | Brownfield, TX Property – SouthState Bank Deed of Trust | | | |
| 43. | Gallup, NM Property – SouthState Bank Promissory Note | | | |
| 44. | Gallup, NM Property – SouthState Bank Deed of Trust | | | |
| 45. | Plainview, TX Property – SouthState Bank Promissory Note | | | |
| 46. | Plainview, TX Property – SouthState Bank Deed of Trust | | | |
| 47. | Seminole, OK Property – SouthState Bank Promissory Note | | | |

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 48. | Seminole, OK Property – SouthState Bank Mortgage | | | |
| 49. | Court Admitted Exhibits – Hearing on February 19, 2026 [ECF #347] | | | |
| 50. | Debtors' Witness & Exhibit List for Hearing on February 19, 2026 [ECF #311] | | | |
| 51. | Court Admitted Exhibits – Hearing on February 10, 2026 [ECF #273] | | | |
| 52. | Debtors' Witness & Exhibit List for Hearing on February 10, 2026 [ECF #254] | | | |
| | Any exhibits admitted into evidence at the hearings on February 10, 2026, and/or February 19, 2026 | | | |
| | Any pleadings, reports, proofs of claim, or other documents filed of record in any of the Debtors' bankruptcy cases | | | |
| | Any exhibits offered or identified by any other party | | | |
| | Any exhibits necessary for impeachment purposes | | | |
| | Any exhibits for rebuttal purposes | | | |
| | Any appendices, exhibits, or other attachments to any of the foregoing | | | |

The Debtors reserve the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

The Debtors further reserve the right to introduce unredacted versions of any redacted exhibits as evidence at the Hearing.

*[The reminder of this page is intentionally left blank]*

| | |
|---|---|
| DATED: February 25, 2026 | Respectfully submitted, |

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Kyle Woodard*
John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

Mark C. Taylor (SBN 19713225)
Casey Roy (SBN 00791578)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com
Email: croy@krcl.com

**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2026, a true and correct copy of the foregoing document, together with all exhibits and attachments hereto, was filed with the Court and served via the Court's CM/ECF system upon all parties registered to receive such electronic service in this bankruptcy case.

*/s/ Kyle Woodard*
Kyle Woodard