David M. Clem, Esq.
State Bar No. 24050428
**BLANK ROME LLP**
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone: (972) 850-1450
david.clem@blankrome.com

Regina Stango Kelbon (admitted *pro hac vice*)
Michael B. Schaedle (admitted *pro hac vice*)
Matthew E. Kaslow (admitted *pro hac vice*)
Jordan L. Williams (admitted to TXNB)
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5000
regina.kelbon@blankrome.com
mike.schaedle@blankrome.com
matt.kaslow@blankrome.com
jordan.williams@blankrome.com

*Counsel for Phonix RBS LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br>BUDDY MAC HOLDINGS, LLC, *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 25-34839-mvl11<br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR
FEBRUARY 26, 2026, AT 1:30 P.M., PREVAILING CENTRAL TIME**

Phonix RBS LLC ("Phonix") files this witness and exhibit list for the hearing scheduled on February 26, 2026, at 1:30 p.m., prevailing Central Time, before the Honorable Michelle V. Larson, United States Bankruptcy Judge, to consider the Debtors' (1) *Debtors' Emergency Motion*

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the claims and noticing agent's website: https://dm.epiq11.com/case/buddyshome/info. The Debtors' service address is 400 E. Centre Park Blvd., Suite 101, DeSoto, Texas 75115.

1

*for Entry of an Order (i) Authorizing (A) The Sale of Substantially All Assets Free & Clear of Liens, Claims, and Encumbrances, and (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (II) Granting Related Relief* [Docket No. 172], together with the *Order (I) Authorizing and Approving (A) Bidding Procedures and (B) Form and Manner of Notice of Bidding Procedures, Auction, and Sale Hearing; (II) Scheduling an Auction and Sale Hearing; and (III) Granting Related Relief* [Docket No. 229] (collectively, the "<u>Sale Hearing</u>"); and (2) *Debtors' Emergency Motion to Supplement Notice of DIP Financing Motion to TIC Interest Holders and for Supplemental Order Approving DIP Financing on a Final Basis* [Docket No. 322], among any other matters scheduled.

**WITNESSES**

At the hearing, Phonix may call the following persons to testify as witnesses:[2]

1. Michael Piper, Manager of AF Newco 1 LLC, Member of Phonix RBS, LLC (fact witness).

2. Any witness identified or called by any other party or by the Court.

3. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

4. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

**EXHIBITS**

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | *Debtors' Emergency Motion for Entry of an Order (i) Authorizing (A) The Sale of Substantially All Assets Free & Clear of Liens, Claims, and Encumbrances, and (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (II) Granting Related Relief* [Docket No. 172] | | |

---

[2] Phonix reserves the right to cross-examine any witness called by any other party.

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| 2 | *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Financing and Granting Related Relief* [Docket No. 173] | | |
| 3 | *Debtors' Emergency Motion for (I) Approval of Settlement Agreement Between the Debtors and Phonix RBS LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (II) Granting Related Relief* [Docket No. 174] | | |
| 4 | *Order (I) Authorizing the Debtors, for the Interim Period, to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (Iii) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Granting Related Relief, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 195] | | |
| 5 | *Order (I) Authorizing and Approving (A) Bidding Procedures and (B) Form and Manner of Notice of Bidding Procedures, Auction, and Sale Hearing; (II) Scheduling an Auction and Sale Hearing; and (III) Granting Related Relief* [Docket No. 229] | | |
| 6 | *Order (I) Authorizing the Debtors, on a Final Basis to (A) Obtain Postpetition Financing and (B) Use Cash Collateral,  (II) Granting Liens and Providing Superpriority Administrative  Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 279] | | |
| 7 | *Order Granting Debtors' Emergency Motion for (I) Approval of Settlement Agreement Between the Debtors and Phonix RBS LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (II) Granting Related Relief* [Docket No. 280] | | |
| 8 | *Objection to Motion to Approve Sale Free and Clear of Liens* [Docket No. 306] | | |

3

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| 9 | *Supplemental Declaration of Wm. Ian MacDonald in Support of the Debtors' Sale of Substantially All Assets* [Docket No. 309] | | |
| 10 | *Debtors' Emergency Motion to Supplement Notice of DIP Financing Motion to TIC Interest Holders and for Supplemental Order Approving DIP Financing on a Final Basis* [Docket No. 320] | | |
| 11 | *Order (I) Authorizing (A) the WholeCo Sale by Credit Bid Free and Clear of Liens, Claims, and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (II) Granting Related Relief* [Docket No. 343] | | |
| 12 | *Limited Objection by TIC Property Co-Owners to Debtors' Motions for Approval of (A) Post-Petition Financing; and (B) Asset Sales* [Docket No. 353] | | |
| 13 | Any paper filed by the Debtors in opposition to the TIC Property Co-Owners objection or in support of the Sale Motion or Supplemental DIP Request | | |
| 14 | Any paper filed by Phonix in opposition to the TIC Property Co-Owners objection or in support of the Sale Motion or Supplemental DIP Request | | |
| 15 | Transcript of the February 10, 2026 Final DIP Hearing | | |
| 16 | Certificate of Service of, *inter alia*, the 9019 Motion [Docket No. 205] | | |
| 17 | Any copy of the confidential service list for the certificate of service filed at Docket No. 205 submitted by the Debtors | | |
| 18 | Certificate of Service of, *inter alia*, the Sale Motion [Docket No. 220] | | |
| 19 | Any copy of the confidential service list for the certificate of service filed at Docket No. 220 submitted by the Debtors | | |

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| 20 | Certificate of Service of, *inter alia*, the 9019 Motion [Docket No. 247] | | |
| 21 | Any copy of the confidential service list for the certificate of service filed at Docket No. 247 submitted by the Debtors | | |
| 22 | Any pleadings, reports, proofs of claim, exhibits, transcripts, proposed orders, Court orders, or other papers or documents filed of record in any of the Debtors' bankruptcy cases | | |
| 23 | Any exhibits offered or identified by any other party | | |
| 24 | Any documents necessary for impeachment purposes | | |
| 25 | Any documents necessary for rebuttal purposes | | |
| 26 | Any appendices, exhibits, schedules, or other attachments to any of the foregoing | | |

Phonix reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses. Phonix further reserves the right to supplement this list prior to the hearing.

Dated: February 25, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ David M. Clem*
David M. Clem, Esq.
State Bar No. 24050428
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone: (972) 850-1450
david.clem@blankrome.com

-and-

5

Regina Stango Kelbon (admitted *pro hac vice*)
Michael B. Schaedle (admitted *pro hac vice*)
Matthew E. Kaslow (admitted *pro hac vice*)
Jordan L. Williams (admitted to TXNB)
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5000
regina.kelbon@blankrome.com
mike.schaedle@blankrome.com
matt.kaslow@blankrome.com
jordan.williams@blankrome.com

*Counsel for Phonix RBS LLC*

6

## CERTIFICATE OF SERVICE

      I certify that on February 25, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court for the U.S. Bankruptcy Court for the Northern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means, and the foregoing document(s) will be served as soon as practicable via electronic mail (as indicated below) on the below service list:

| | |
|---|---|
| William Hotze<br>Nicholas Zugaro<br>Dominique A. Douglas<br>**DYKEMA GOSSETT PLLC**<br>5 Houston Center<br>1401 McKinney Street, Suite 1625<br>Houston, Texas 77010<br>whotze@dykema.com<br>nzugaro@dykema.com<br>ddouglas@dykema.com<br><br>Jeffrey R. Fine<br>**DYKEMA GOSSETT PLLC**<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201<br>jfine@dykema.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | John J. Kane<br>Kyle Woodard<br>JaKayla J. DaBera<br>Joseph M. Coleman<br>**KANE RUSSELL COLEMAN LOGAN PC**<br>901 Main Street, Suite 5200<br>Dallas, TX 75202<br>jkane@krcl.com<br>kwoodard@krcl.com<br>jdabera@krcl.com<br>jcoleman@krcl.com<br><br>Mark C. Taylor<br>Casey Roy<br>**KANE RUSSELL COLEMAN LOGAN PC**<br>401 Congress Ave., Suite 2100<br>Austin, TX 78701<br>mtaylor@krcl.com<br>croy@krcl.com<br><br>*Counsel to the Debtors* |
| Meredyth A. Kippes<br>Erin Schmidt<br>**Office of the United States Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>meredyth.kippes@usdoj.gov<br>erin.schmidt2@usdoj.gov | Stephen W. Sather<br>David N. Stern<br>**BARRON & NEWBURGER, P.C.**<br>7320 N. MoPac Expwy., Suite 400<br>Austin, Texas 78731<br>ssather@bn-lawyers.com<br>dstern@bn-lawyers.com<br><br>*Counsel for TIC Co-Owners* |

                                                */s/ David M. Clem*
                                                David M. Clem