**EXHIBIT PHONIX EX 18** Case 25-34839

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>BUDDY MAC HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-34839-mvl11<br><br>(Initial Debtor Cases Jointly Administered)<br><br>(Joint Administration Requested for Subsequent Debtor Cases)<br><br>**Ref. Docket Nos. 172-175 & 179-180** |

## <u>CERTIFICATE OF SERVICE</u>

I, WING LAI-CHAN, certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2026, I caused to be served the:

    a. "Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) the Sale of Substantially All Assets Free and Clear of Liens, Claims, and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (II) Granting Related Relief," dated January 26, 2026 [Docket No. 172], (the "Sale Motion"),

    b. "Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Financing and Granting Related Relief," dated January 26, 2026 [Docket No. 173], (the "DIP Motion"),

    c. "Debtors' Emergency Motion for (I) Approval of Settlement Agreement Between the Debtors and Phonix RBS LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (II) Granting Related Relief," dated January 26, 2026 [Docket No. 174], (the "Settlement Motion"),

---

[1] A complete list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax ID numbers, is set forth on the attached **Schedule I** (Initial Debtors) and **Schedule II** (Subsequent Debtors). The Debtors' service address is 400 E. Centre Park Blvd., Suite 101, DeSoto, Texas 75115.

    d. "Supplemental Declaration of Mark Shapiro in Support of the Debtors' Sale and DIP Financing Motions and Motions for Emergency Hearing," dated January 26, 2026 [Docket No. 175], (the "Declaration"),

    e. "Notice of Hearing for January 27, 2026, at 3:00 p.m.," dated January 26, 2026 [Docket No. 179], (the "Hearing Notice"), and

    f. "Motion for Setting and Request for Emergency Hearing on Debtors' Sale and DIP Financing Motions," dated January 26, 2026 [Docket No. 180], (the "Hearing Motion"),

by causing true and correct copies of the:

    i. Sale Motion, DIP Motion, Settlement Motion, Declaration, Hearing Notice, and Hearing Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. Sale Motion, Hearing Notice, and Hearing Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to five parties whose names and addresses are confidential and therefore not included,

    iii. Sale Motion, DIP Motion, Hearing Notice, and Hearing Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iv. DIP Motion, Hearing Notice, and Hearing Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    v. Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

    vi. Sale Motion, DIP Motion, Settlement Motion, Declaration, Hearing Notice, and Hearing Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vii. Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                  */s/ Wing Lai-Chan*
                                                                  Wing Lai-Chan

# EXHIBIT A

Buddy Mac Holdings LLC
Address Service List

| Name | Address |
|---|---|
| NEW MEXICO ATTORNEY GENERALS OFFICE | ATTN: RAUL TORREZ VILLAGRA BLDG 408 GALISTEO ST  SANTA FE NM 87501 |
| PHONIX RBS LLC | 7219 RENEE PARKER WAY   BARLING AR 72923 |
| TEXAS ATTORNEY GENERALS OFFICE | BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548   AUSTIN TX 78711-2548 |

## Total Count: 3

# EXHIBIT B

Buddy Mac Holdings LLC
Address Service List

| Name | Address |
|---|---|
| BLANK ROME LLP | COUNSEL TO PHONIX RBS LLC ATTN DAVID CLEM, MIKE SCHAEDLE 200 CRESCENT CT STE 1000  DALLAS TX 75201 |
| PHONIX RBS LLC | 7219 RENEE PARKER WAY   BARLING AR 72923 |

## Total Count: 2

# EXHIBIT C

Buddy Mae Holdings LLC
Address Service List

| Name | Address |
|---|---|
| ARVEST BANK | 11808 HWY 718    FORT SMITH AR 72916 |
| BANC FIRST | 111 S CASAVER    WAGONER OK 74477-0427 |
| CENTENNIAL BANK | 1240 E MAIN ST    BATESVILLE AR 72501 |
| CHASE BANK | PO BOX 182051    COLUMBUS OH 43218-2051 |
| COMMERCE BANK | 100 S BROADWAY ST.    PITTSBURG KS 66762 |
| COMMUNITY FIRST BANKING CO. | 1330 SOUTHERN HILLS CTR    WEST PLAINS MO 65775 |
| FIRST HORIZON BANK | 465 SHEPHARD ST    WINSTON-SALEM NC 27103 |
| FIRST STATE COMMUNITY BANK | 100 W. THIRD    CARUTHERSVILLE MO 63830 |
| PARTNERS BANK | 302 CHERRY ST    HELENA AR 72342 |
| RBC BANK | 111 S CASAVER    WAGONER OK 74477-0427 |
| REGIONS BANK | 743 N HWY 67    CEDAR HILL TX 75104 |
| SECURITY BANK OF TULSA | 10727 E 51ST ST    TULSA OK 74146 |
| SOUTHERN BANCORP | 208 ASH ST.    MALVERN AR 72104 |
| SOUTHERN BANCORP | 326 AR-463    TRUMAN AR 72472-3504 |
| SUNDOWN BANK | 501 S. SLAUGHTER AVE    SUNDOWN TX 79372 |
| WELLS FARGO | 2700 S PRICE RD 3RD FL    CHANDLER AZ 85286 |

Total Count: 16

# EXHIBIT D

Buddy Mae Holdings LLC
Address Service List

| Name | Address |
|---|---|
| 8X8 INC | DEPT 848080 PO BOX 848080   LOS ANGELES CA 90084-8080 |
| AMEREN MISSOURI | PO BOX 790098   ST LOUIS MO 63179-0098 |
| BRITTON ENTERPRISE | 10742 STATE HWY 185   POTOSI MO 63664 |
| CITIZENS ELECTRIC CORP | PO BOX 368   PERRYVILLE MO 63775 |
| CITY OF DEXTER | ATTN: CRYSTAL ALLSTUN, CITY COLLECTOR 301 E. STODDARD ST.   DEXTER MO 63841 |
| CITY OF FREDERICKTOWN | CITY COLLECTOR 124 W. MAIN STREET   FREDERICKTOWN MO 63645 |
| CITY OF LIGHT & WATER | 110 WEST COLUMBIA ST   FARMINGTON MO 63640 |
| CITY OF PERRYVILLE | ATTN: CITY CLERK 215 N. WEST ST.   PERRYVILLE MO 63775 |
| CITY OF POTOSI | 121 E. HIGH STREET   POTOSI MO 63664 |
| ENTERPRISE | PO BOX 402383   ATLANTA GA 30384-2383 |
| ENTERPRISE FLEET MANAGEMENT, INC. | 3505 E. FRONTAGE RD., SUITE 200B   TAMPA FL 33607 |
| ENTERPRISE FM TRUST | ATTN: KCWLBX 811 MAIN STREET   KANSAS CITY MO 64105 |
| FOLEY & LARDNER LLP | GEOFFREY S. GOODMAN 321 NORTH CLARK STREET, SUITE 2800   CHICAGO IL 60654 |
| GILL FAMILY PROPERTIES LLC | 508 N ONE MILE RD   DEXTER MO 63841 |
| HEDGEAPPLE MANAGEMENT LLC | 3788 CEDAR FALLS RD   BONNE TERRE MO 63628 |
| KIMBER MONROE LAW GROUP | ATTN: KIMBER MONROE 9 S. JEFFERSON, SUITE 2   FARMINGTON MO 63640 |
| NITEL, LLC | LOCKBOX DEPT 4929 350 N. ORLEANS ST., STE. 1300N   CAROL STREAM IL 60122-4929 |
| REPUBLIC SERVICES | PO BOX 78829   PHOENIX AZ 85062-8829 |
| RISE BROADBAND | PO BOX 844580   BOSTON MA 02284-4580 |
| SHOW ME RENT TO OWN INC | 322 E. KARSCH BLVD   FARMINGTON MO 63640 |
| SIKESTON BMU | PO BOX 370   SIKESTON MO 63801 |
| SPARKLIGHT (FORMERLY CABLEONE) | PO BOX 78026   PHOENIX AZ 85062-8026 |
| SPECTRUM BUSINESS | BOX 223085   PITTSBURGH PA 15251-2085 |
| SPIRE | P.O. BOX 807777   KANSAS CITY MO 64180-7777 |
| WHITE OAKS HOLDING LLC | PO BOX 493   REPUBLIC MO 65738 |

# Total Count: 25

# EXHIBIT E

BUDDY MAC HOLDINGS, LLC, et al., Case No. 25-34839-mvl11
Electronic Mail Master/Core Service List

| Name | Email Address |
|---|---|
| ARKANSAS ATTORNEY GENERALS OFFICE | oag@arkansasag.gov |
| ATTORNEY GENERALS OFFICE | crt.speakerrequest@usdoj.com |
| BLANKROME | david.clem@blankrome.com; mike.schaedle@blankrome.com; matt.kaslow@blankrome.com; matt.kaslow@blankrome.com; jordan.williams@blankrome.com |
| CMS PROPERTIES | bworthlaw@gmail.com |
| COWLES & THOMPSON, P.C. | bsiegel@cowlesthompson.com |
| DYKEMA GOSSETT PLLC | whotze@dykema.com; nzugaro@dykema.com; ddouglas@dykema.com; jfine@dykema.com |
| FG PARENT, LLC | akaminsky@franchisegrp.com |
| FLORIDA ATTORNEY GENERALS OFFICE | oag.civil.eserve@myfloridalegal.com |
| GRAY COUNTY TAX OFFICE | amabkr@pbfcm.com |
| ILLINOIS ATTORNEY GENERALS OFFICE | rev.bankruptcy@illinois.gov |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| KANSAS ATTORNEY GENERALS OFFICE | rsvp.reception@ag.ks.gov |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; sanantonio.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com |
| MISSOURI ATTORNEY GENERALS OFFICE | attorney.general@ago.mo.gov |
| MORGAN WILLIAMSON LLP | bhartman@mw-law.com; cmiller@mw-law.com; jknight@mw-law.com |
| OFFICE OF THE US ATTORNEY | usatxs.atty@usdoj.gov |
| OKLAHOMA ATTORNEY GENERALS OFFICE | cpu-bankruptcy@oag.ok.gov |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Pete Daskalos Properties, LLC | petros@daskalosdi.com |
| SHACKELFORD, MCKINLEY & NORTON, LLP | wwalker@shackelford.law; lduncan@shackelford.law |
| SOUTHSTATE BANK | InvestorRelations@southstatebank.com |
| STATE COMPTROLLER PUBLIC ACCOUNTS | treasury.operations@cpa.texas.gov |
| TEXAS WORKFORCE COMMISSION | ombudsman@twc.state.tx.us |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | christopher.murphy@oag.texas.gov |
| UNITED STATES TRUSTEE | erin.schmidt2@usdoj.gov; meredyth.kippes@usdoj.gov |

# EXHIBIT F

Buddy Mac Holdings LLC
Email Service List

| Name | Email |
|---|---|
| BRITTON ENTERPRISE | barryplc@centurytel.net; RL52@hotmail.com |
| ENTERPRISE FLEET MANAGEMENT, INC. | ryan.v.nelson@efleets.com; Justin.M.Davison@efleets.com |
| ENTERPRISE FM TRUST | ryan.v.nelson@efleets.com |
| FOLEY & LARDNER LLP | ggoodman@foley.com |
| HEDGEAPPLE MANAGEMENT LLC | randyb5757@gmail.com |
| KIMBER MONROE LAW GROUP | kimber@kimbermonroelaw.com |
| SHOW ME RENT TO OWN INC | gmanceo@sbcglobal.net |
| WHITE OAKS HOLDING LLC | scrawford@primeinc.com |

Total Count: 10