John J. Kane (SBN 24066794)  
Kyle Woodard (SBN 24102661)  
JaKayla J. DaBera (SBN 24129114)  
**KANE RUSSELL COLEMAN LOGAN PC**  
901 Main Street, Suite 5200  
Dallas, Texas 75202  
Telephone: (214) 777-4200  
Email: jkane@krcl.com  
Email: kwoodard@krcl.com  
Email: jdabera@krcl.com  

Mark C. Taylor (SBN 19713225)  
Casey Roy (SBN 00791578)  
**KANE RUSSELL COLEMAN LOGAN PC**  
401 Congress Ave., Suite 2100  
Austin, Texas 78701  
Telephone: (512) 487-6650  
Email: mtaylor@krcl.com  
Email: croy@krcl.com  

**COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUDDY MAC HOLDINGS, LLC, *et al.*, | § § § | Case No. 25-34839 |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' NOTICE OF CORRECTED EXHIBIT NO. 2
### FOR HEARINGS ON FEBRUARY 26, 2026

**[Re: ECF Nos. 172, 173, 229, 320, and 356]**

PLEASE TAKE NOTICE OF THE FOLLOWING:

 1. On February 25, 2026, the Debtors filed their *Witness and Exhibit List for Hearings on February 26, 2026, at 1:30 P.M.* [ECF #356].

 2. Attached hereto is a corrected version of Debtors' Exhibit 2 for the hearings on February 26, 2026, at 1:30 p.m:

- **Sale Motion – Proposed Order [ECF #172-1]**

---

[1] A complete list of the Debtors in these chapter 11 cases is available at https://dm.epiq11.com/case/buddyshome/info. The Debtors' service address is 400 E. Centre Park Blvd., Suite 101, DeSoto, Texas 75115.

DATED: February 26, 2026        Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

 */s/ Kyle Woodard*
John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

Mark C. Taylor (SBN 19713225)
Casey Roy (SBN 00791578)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com
Email: croy@krcl.com

**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2026, a true and correct copy of the foregoing Notice was filed with the Court and served (i) via the Court's CM/ECF system upon all parties registered to receive such electronic service in this bankruptcy case.

                           */s/ Kyle Woodard*
                               Kyle Woodard